# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

**METRO WATERPROOFING, INC.**                                         **PLAINTIFF**

**VS.**                                           **CIVIL ACTION 4:08cv81 TSL-LRA**

**W.G. YATES & SONS CONSTRUCTION**
**COMPANY, INC.**                                                     **DEFENDANT**

## RECUSAL ORDER

Pursuant to 28 U.S.C. §455(a), the undersigned is compelled to disqualify himself in the above styled and numbered proceeding for the reason that defendant, W. G. Yates & Sons Construction Company, is on the recusal list of the undersigned United States district judge.

Accordingly, the undersigned does hereby recuse himself in this cause.

ORDERED this __26th__ day of March, 2010.


                                                          /s/Tom S. Lee
                                                          UNITED STATES DISTRICT JUDGE